## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| HOME DEPOT YOUR OTHER WAREHOUSE LIMITED LIABILITY COMPANY and HOME DEPOT U.S.A., INC., <br><br> Plaintiffs, <br><br> v. <br><br> MENARD, INC., <br><br> Defendant. | Civil No. 04-3145 JRT/FLN <br><br> **ORDER** |

Christopher K. Larus and Jennifer A. Kitchak, FULBRIGHT & JAWORSKI, LLP, 80 South Eighth Street, Suite 2100, Minneapolis, Minnesota 55402, for plaintiff.

Allen W. Hinderaker and Ernest W. Grumbles, III, MERCHANT & GOULD, 80 South Eighth Street, Suite 3200, Minneapolis, Minnesota 55402, for defendant.

It is so ordered that the Complaint in the above-captioned action shall be dismissed with prejudice pursuant to the Stipulation of Dismissal submitted by the parties in this case [Docket No. 41].  Count I of Defendant's Counterclaim is dismissed with prejudice and Count II is dismissed without prejudice.  This matter is dismissed without costs or fees to any of the parties, pursuant to Fed. R. Civ. P. 41.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: October 18, 2005
at Minneapolis, Minnesota

                                                                  s/John R. Tunheim
                                                           JOHN R. TUNHEIM
                                                 United States District Judge

31003745.1